# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELODY ADAMS,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>             Defendant. | Case No. 13-cv-0044 NC<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 3 |

Plaintiff Melody Adams moves to proceed in forma pauperis (IFP). Dkt. No. 3. In her IFP application, Adams answers in the affirmative question No. 3 asking whether she owns cash or has money in a checking or savings account. *See id.* at 2. She fails, however, to identify each account and separately state the amount of money held in each account. *See id.* Adams also answers in the affirmative question No. 4 asking whether she owns real estate, stocks, bonds, notes, automobiles, or other valuable property. *Id.* Adams fails to describe the property and state its approximate value as required. *See id.*

Finding her application incomplete, the Court DENIES without prejudice Adams' IFP application. Adams may re-file an amended IFP application, clarifying the above, by January 21, 2013. Adams must also consent or decline the jurisdiction of a magistrate judge by January 21. *See* attached consent/declination forms.

//

Case No. 13-cv-0044 NC
ORDER DENYING
IFP APPLICATION

1     IT IS SO ORDERED.

2

3 DATED: January 8, 2013                  _____
                                                        NATHANAEL M. COUSINS
                                                        United States Magistrate Judge

Case No. 13-cv-0044 NC
ORDER DENYING
IFP APPLICATION            2